## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AD BROKAW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 00-4052 |
| JAMES BROKAW, ET AL, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Before the Court is Mercer County Defendants' Motion to Dismiss [Doc. # 94]. Defendant Karen Weaver has joined this motion. In this motion, Defendants argue that this case should be dismissed for Plaintiff's failure to comply with the Court's orders. Plaintiff has not responded and the time for doing so has passed. The Seventh Circuit previously warned Plaintiff that if on remand, "discovery delays and missed deadlines" occurred, this Court "would then have it within its discretion to dismiss her claims as well." See Brokaw v. Brokaw, 128 Fed. Appx. 527, 533 (7th Cir. 2005). Despite this warning, Plaintiff has chosen to ignore this Court's orders and deadlines. Accordingly, the Court finds Plaintiff's case should be dismissed.

IT IS THEREFORE ORDERED that Mercer County Defendants' Motion to Dismiss [Doc. # 94] and Defendant Karen Weaver Joinder Motion [Doc. # 97] are GRANTED.

IT IS FURTHER ORDERED that this case is dismissed with prejudice as to all defendants as a sanction for failing to comply with this Court's orders.

CASE TERMINATED.

Entered this   27th   day of April, 2006.

                                                  s/ Joe B. McDade
                                                  JOE BILLY McDADE
                                        United States District Judge